UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE GARAMELLA,<br>        PLAINTIFF, | )<br>)<br>) |
| VS. | ) CASE NO.  08-1099<br>) |
| GC SERVICES LIMITED PARTNERSHIP<br>        DEFENDANT. | )<br>) |

## PLAINTIFF'S MOTION TO PASS FOR SETTLEMENT

COMES NOW Plaintiff Michelle Garamella, by and through counsel, and for her Motion to Pass for Settlement states:

1.      On September 19, 2008, the parties agreed to a tentative settlement of the above-captioned matter.

2.      In order to complete the settlement, Plaintiff requests an additional 30 days before any action is taken in the above-captioned matter, so that the parties will have time to finalize their resolution.

3.      Plaintiff anticipates that this matter will be resolved shortly and request an additional 30 days to affect the settlement and file the appropriate Notice of Dismissal.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and for an additional thirty days, up to and including October 29, 2008 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

9/29/2008
**Dated**

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; MO Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 29th day of September 2008.

/s/ Robert T. Healey