UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHELLE GARAMELLA, )
    PLAINTIFF, )
)
VS. )  CASE NO. 08-1099
)
GC SERVICES LIMITED PARTNERSHIP )
    DEFENDANT. )

*[Handwritten: So ordered CAS 10/9/08]*

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between plaintiff, Michelle Garamella, and defendant, GC Services Limited Partnership, that all claims and causes of action against GC Services Limited Partnership as set forth in Plaintiff's Complaint shall be dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479